# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LINDA RICKETT,

      Plaintiff,      :      Case No. 3:11-cv-370

                                                  District Judge Walter Herbert Rice

   -vs-                                  Magistrate Judge Michael R. Merz

                                        :

CITY OF FAIRBORN, OHIO, et al.,

      Defendants.

## RECUSAL ORDER

District Judge Rice has referred the above-captioned action to the undersigned for the purposes of conducting a mediation (Doc. No. 20).

General Order DAY 12-01 provides "If the case has been referred to a magistrate judge for pre-trial management, a mediation referral will be made to a different magistrate judge to avoid compromising confidentiality."

In conformity with the General Order, I recuse myself from mediating this case. It is referred to United States Magistrate Judge Sharon L. Ovington, the ADR coordinator for the Dayton location of Court, for reassignment to another Magistrate Judge.

September 13, 2012.

                                                                           s/ **Michael R. Merz**
                                                              United States Magistrate Judge