IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LINDA RICKETT, | : |
| Plaintiff, | : |
| | Case No. 3:11-cv-370 |
| vs. | : |
| | JUDGE WALTER HERBERT RICE |
| CITY OF FAIRBORN, OHIO, *et al.*, | : |
| Defendants | : |

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #14); OVERRULING DEFENDANT JAMES SAWYER'S OBJECTIONS THERETO (DOC. #16); OVERRULING AS MOOT DEFENDANT JAMES SAWYER'S MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. #11)

Based on the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge, filed June 29, 2012, (Doc. #14), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said judicial filing is adopted in its entirety. Defendant James Sawyer's Objections (Doc. #16) to said judicial filing are overruled, and his Motion for Judgment on the Pleadings (Doc. #11) is overruled as moot.

Date: September 25, 2012

*[signature]*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record