IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LINDA RICKETT, : | |
| Plaintiff, | |
| v. : | |
| CITY OF FAIRBORN, OHIO, | Case No. 3:11-cv-370 |
| ET AL., : | JUDGE WALTER H. RICE |
| Defendants. | |

ENTRY OF CONTINUANCE; NEW TRIAL DATE AND OTHER DATES SET

The captioned cause was stayed by the Court, pursuant to the request of counsel, on September 19, 2012 (Doc. #23), in order that the parties might prepare and participate in a mediation scheduled before Magistrate Judge Sharon L. Ovington on October 16, 2012. Mediation, while bringing the parties closer together, did not result in a settlement of this matter.

The case is presently set for trial on February 4, 2013. However, in order to give the Defendants the opportunity to file a potentially dispositive motion for summary judgment, trial upon the merits of the captioned cause is ordered continued to 9:00 a.m. on April 8, 2013. A final pretrial conference will be held, by conference call telephone communication, beginning at 5:00 p.m. on Tuesday, March 26, 2013. A jointly prepared final pretrial order must be filed not later than the close of business on Tuesday, March 19, 2013. All exhibits are to be exchanged by and between the parties, not later than the close of business on Friday, March 22, 2013. All pretrial motions, such as motions in limine, etc., must be filed not later than the close of business on Tuesday, March 12, 2013.

November 30, 2012

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2